# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 18, 2013

Robert P. Young, Jr.,
Chief Justice

145688

Michael F. Cavanagh
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 145688
      COA: 310748
      Bay CC: 11-010175-FH

TERRY GENE GOURD,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 11, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      HATHAWAY, J., not participating.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2013
_____

_____
Clerk

h0116